**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00069-CV**
_____

**CYNTHIA A. DUKE-HOBBS, Appellant**

**V.**

**MAGNOLIA INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-03-04263**

**MEMORANDUM OPINION**

Cynthia A. Duke-Hobbs, Appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 13, 2026
Opinion Delivered May 14, 2026
Before Golemon, C.J., Johnson and Chambers, JJ.